261 F.2d 111
 Larry Thomas JAMISON
v.
C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
 No. 5905.
 United States Court of Appeals Tenth Circuit.
 Sept. 5, 1958.
 
 Claude F. Cooper, Blytheville, Ark., for appellant.
 William C. Farmer, U.S. Atty., and E. Edward Johnson, Asst. U.S. Atty., Topeka, Kan., for appellee.
 Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.